This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**SALVADOR URIAS,**

Plaintiff-Appellant,

**v.**                                        **No. 32,463**

**BLUE DIVOT, INC.,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Manuel I. Arrieta, District Judge**

James Rawley
Albuquerque, NM

for Appellant

Law Offices of Eva K. Rappaport
Eva K. Rappaport
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**FRY, Judge.**

Summary reversal and remand to the district court was proposed for the reasons stated in the calendar notice. No memorandum opposing summary reversal and remand has been filed, and the time for doing so has expired. The district court's

order of dismissal is hereby reversed and this case is remanded for further proceedings consistent with our calendar notice.

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**M. MONICA ZAMORA, Judge**